In the Matter of Supplementary Proceedings: JOSEPH RECHER, Respondent, v. FREDERICK GUMPP, Appellant.— In view of the decision in *Matter of Recher* v. *Gumpp* (*post*, p. 731), decided herewith, the motion for a stay is dismissed. Present — Hagarty, Davis, Adel, Taylor and Close, JJ.

In the Matter of the Petition of the QUEENS COUNTY BAR ASSOCIATION with Respect to HARRY L. SCHOLER, an Attorney.— Report of official referee, in so far as it recommends dismissal of the charges, confirmed. Motion to vacate report of official referee denied. Present — Hagarty, Carswell, Johnston, Adel and Close, JJ.

In the Matter of HARRY WISHNEW, an Attorney.— Motion to amend petition by adding a charge thereto granted. Present — Hagarty, Carswell, Johnston, Taylor and Close, JJ.

MIRIAM H. MAYS, Respondent, v. ALEXIS T. MAYS, Defendant, Appellant, and ELIZABETH M. WANDA, Corespondent, Appellant.— Motion for reargument granted. [See 252 App. Div. 889.] Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Carswell, Davis, Johnston and Adel, JJ. [See *post*, p. 743.]

PASQUALE PICCININNI, Respondent, v. ÆTNA LIFE INSURANCE COMPANY, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Hagarty, Davis, Adel, Taylor and Close, JJ.